IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JARRETT RAY KELLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 3:20-cv-00535-GCM-DCK |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) ) ) |
| Defendant. | ) ) |

## ORDER

THIS MATTER IS BEFORE THE COURT on the Defendant's Motion for Entry of Judgment with Remand Under Sentence Four of 42 U.S.C. § 405(g), Plaintiff's objection to that motion, and Defendant's Reply. Rather than remand for further administrative proceedings, the Plaintiff seeks to have this Court remand with orders to pay the Plaintiff's social security claims. The Court finds that remand for additional findings and explanation is necessary in this case, as argued by the Defendant.

IT IS THEREFORE ORDERED that the final decision of the Commissioner is reversed and that this matter is hereby remanded to the Commissioner for further proceedings, pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Signed: November 2, 2021

Graham C. Mullen
United States District Judge